IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DAVID J. LABAT,

    Plaintiff,

vs.                                    CASE NO.: 4:05cv52-SPM/AK

BOARD OF TRUSTEES,
FLORIDA A&M UNIVERSITY,

    Defendant.
_____/

## ORDER CONTINUING TRIAL AND EXTENDING TIME

This cause comes before the Court upon Defendant's motion (doc. 35) to establish a date for a pretrial conference and to continue trial. The parties jointly filed a notice (doc. 40) advising of Plaintiff's consent to Defendant's motion and the parties made additional joint requests for mutual extensions of time regarding summary judgment. Upon consideration, it is

ORDERED AND ADJUDGED:

1. The motions (docs. 35 and 40) are granted.

2. Trial is continued to December 19, 2005.

3. The pretrial conference will be set by separate order.

4. Defendant's supplemental affidavit and attachments (doc. 41) are accepted as timely filed.

5. Plaintiff shall have up to and including October 11, 2005 to file a response to the motion for summary judgment.

DONE AND ORDERED this 26th day of September, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge